**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 498 EAL 2018
:
        Respondent : 
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
MICHAEL TOWNS, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.